UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1636 CDP |
| ) | |
| LAMAR E. BREW ) | |
| ) | |
| Defendant. ) | |

# **DEFAULT JUDGMENT**

Plaintiffs have requested an entry of default judgment under Federal Rule of Civil Procedure 55(b)(1). Plaintiffs obtained a Clerk's Entry of Default on January 23, 2009.

Because plaintiff has directed this request to the court, and not to the clerk, I will treat the request as a request for default judgment under Fed. R. Civ. P. 55(b)(2). Under 55(b)(2), I may enter a default judgment for a sum certain without a hearing, if I do not need a hearing to determine the amount of damages. *See W. Surety Co. v. Beck Elec. Co., Inc.*, 2008 WL 345821, at *6 (W.D.N.C. Feb. 5, 2008)(citing *Fisher v. Taylor*, 1 F.R.D. 448 (E.D. Tenn. 1940)). Based on the complaint and affidavits in the record, I am able to calculate the amount of damages.

Accordingly,

**IT IS HEREBY ORDERED** that judgment by default is hereby entered in favor of the plaintiff, United States of America, and against defendant LAMAR BREW, in the sum of $7,131.56 ($4,998.99 principal, $2,132.57 interest to the date of this order, February 3, 2009), plus post-judgment interest as provided by law.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of February, 2009.